FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02398-OES

LYNN E. SCOTT,

    Plaintiff,

v.

ROBERTA WALTERS,

    Defendant.

---

### ORDER ALLOWING PLAINTIFF TO PROCEED WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On November 28, 2005, the court granted Plaintiff Lynn E. Scott leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Ms. Scott either to pay an initial partial filing fee of $18.00 or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee. On December 7, 2005, Ms. Scott submitted a copy of her inmate trust fund account statement showing that the available balance in her account as of November 29, 2005, is $18.42. On December 8, 2005, she submitted another copy of her inmate trust fund account statement showing that the available balance in her accounts as of December 5, 2005, is $9.70. The financial affidavit previously filed by Ms. Scott reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because she has demonstrated that she has no assets and no means by which to pay the initial partial filing fee, Ms. Scott will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's November 28, 2005, order. The court will proceed to review the complaint pursuant to § 1915 (e)(2)(B). However, although she may proceed without payment of an initial partial filing fee, Ms. Scott remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's November 28 order and reiterated below. Accordingly, it is

ORDERED that Ms. Scott may proceed in this action without payment of the initial partial filing fee designated in the court's November 28, 2005, order because she has shown cause why she has no means by which to pay an initial partial filing fee. Ms. Scott remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Ms. Scott shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to her account or show cause why she has no assets and no means by which to make each monthly payment. Ms. Scott is directed to make the necessary arrangements to have the monthly payments identified by the civil action

number on this order. It is

FURTHER ORDERED that if Ms. Scott fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why she has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with her payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this 13 day of December, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02398-OES

Lynn E. Scott
Prisoner No. 60760
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/13/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk